# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00807-CV

**Janos Farkas, Appellant**

v.

**Second Congress, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003632, HONORABLE JON N. WISSER, JUDGE PRESIDING

## NO. 03-14-00108-CV

**Janos Farkas, Appellant**

v.

**Second Congress, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003632, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In each of these appeals arising from the same trial-court cause of action, Janos Farkas and Second Congress, Ltd., have filed an Agreement to Dismiss. In both appeals, the parties represent that they have "entered into a settlement agreement concerning the underlying case and related proceedings and seek to dismiss the cause." We grant their motions in both appeals.

In order to dismiss appellate cause number 03-11-00807-CV consistent with the parties' Agreement to Dismiss, we further dismiss as moot the pending motion for rehearing, withdraw the judgment rendered on April 25, 2014, and render a new judgment in that appeal.


_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed on Agreed Motion

Filed:   April 29, 2015